# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-1542

_____

MICHAEL BOYINGTON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Suwannee County.
David W. Fina, Judge.

May 2, 2018

PER CURIAM.

AFFIRMED.

LEWIS, KELSEY, and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Patrick Michael Megaro and Joseph Easton of Halscott Megaro, P.A., Orlando, for Appellant.

Pamela Jo Bondi, Attorney General, Robert Lee, Assistant Attorney General, and Daniel Krumbholz, Assistant Attorney General, Tallahassee, for Appellee.